UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL RULE, individually, and on behalf of a Class of similarly situated Washington residents, | ) ) ) |
| | ) NO.   CV-11-0205-WFN |
| Plaintiffs, | ) ) ORDER |
| -vs- | ) ) |
| CENTURY NEGOTIATIONS, INC., a Pennsylvania corporation; DAVID LEUTHOLD, individually; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; FAST TRACK DEBT RELIEF, LLC, a Florida limited liability company; DEBT SHIELD, INC., a Maryland corporation; and JOHN DOES 1-5, | ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) |

Pending before the Court is the parties' Stipulated Joint Motion for Voluntary Dismissal of Defendant Fast Track Debt Relief, LLC (ECF No. 44). The Court has reviewed the file and Motion and is fully informed.  Accordingly,

**IT IS ORDERED** that:

1.   The parties' Stipulated Joint Motion for Voluntary Dismissal of Defendant Fast Track Debt Relief, LLC pursuant to the Parties' Stipulated Joint Motion, filed July 20, 2011, **ECF No. 44**, is **GRANTED**.

2.   Defendant Fast Track Debt Relief, LLC, is hereby **DISMISSED WITHOUT PREJUDICE**, with each side to assume its own attorney fees and costs.

The District Court Executive is directed to file this Order and provide copies to counsel.

ORDER - 1

1    **DATED** this 25th day of July, 2011.

2

3                                             s/ Wm. Fremming Nielsen

4    07-25-11                            WM. FREMMING NIELSEN
                                  SENIOR UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2