UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL RULE, individually, and on behalf of a Class of similarly situated Washington residents,<br><br>                 Plaintiffs,<br><br>   -vs-<br><br>CENTURY NEGOTIATIONS, INC., a Pennsylvania corporation; DAVID LEUTHOLD, individually; FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company; FAST TRACK DEBT RELIEF, LLC, a Florida limited liability company; DEBT SHIELD, INC., a Maryland corporation; and JOHN DOES 1-5,<br><br>                 Defendants, | NO.   CV-11-0205-WFN<br><br>ORDER DISMISSING WITHOUT PREJUDICE |

Pending before the Court the Parties' Stipulated Joint Motion for Dismissal (ECF No. 61). The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Parties' Stipulated Joint Motion For Dismissal, filed November 20, 2012, **ECF No. 61**, is **GRANTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE**, with each side to assume its own attorney's fees and costs.

The District Court Executive is directed to file this Order, provide copies to counsel and to **CLOSE THIS FILE**.

ORDER DISMISSING WITHOUT PREJUDICE - 1

1 | **DATED** this 21st day of November, 2012.

2

3 | s/ Wm. Fremming Nielsen
4 | 11-21-12 | WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING WITHOUT
PREJUDICE - 2